ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP
ROYE ZUR, State Bar No. 273875
  rzur@elkinskalt.com
LAUREN N. GANS, State Bar No. 247542
  lgans@elkinskalt.com
10345 W. Olympic Blvd.
Los Angeles, California 90064
Telephone: 310.746.4400
Facsimile: 310.746.4499

Attorneys for Plaintiff Richard A. Marshack,
Chapter 7 Trustee

**FILED & ENTERED**

MAR 12 2025

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY deramus  DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>LF RUNOFF 2, LLC,<br><br>Debtor.<br>———————————————<br>RICHARD A. MARSHACK, Chapter 7 Trustee,<br><br>Plaintiff,<br><br>v.<br><br>FIRST INSURANCE FUNDING CORP., an Illinois corporation; LAKE FOREST BANK & TRUST COMPANY, N.A., and WINTRUST FINANCIAL CORPORATION, an Illinois corporation.<br><br>Defendants. | Case No. 8:19-bk-10526-TA<br><br>Chapter 7<br><br>Adv. No. 8:24-ap-01056<br><br>**ORDER APPROVING STIPULATION TO DISMISS ADVERSARY PROCEEDING** |

The Court having considered the *Stipulation to Dismiss Adversary Proceeding* by and between plaintiff Richard A. Marshack, Chapter 7 trustee for the bankruptcy estate of debtor LF Runoff 2, LLC and defendants, First Insurance Funding, a division of Lake Forest Bank & Trust Company, N.A., and Wintrust Financial Corporation (collectively, the "Defendants") [Dkt No. 18] ("Stipulation"), and good cause appearing,

**IT IS HEREBY ORDERED THAT**:

1. The Stipulation shall be and hereby is approved in its entirety.

2. The above-captioned adversary proceeding shall be and hereby is dismissed with prejudice.

3. The parties shall bear their own costs, fees, and expenses associated with the above-captioned adversary proceeding.

###

Date: March 12, 2025

Theodor C. Albert
United States Bankruptcy Judge